No. 99–6989.  MIXON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–7007.  BROWN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–7010.  JACKSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 99–7014.  ANDERSON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 99–7019.  ZAPATA-ROBLES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–7026.  DEWITT v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 99–7032.  DUNMORE v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 99–7069.  THOMAS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 99–422.  SPIEGEL v. PROBATE PROCEEDING, WILL OF WARSASKI, DECEASED.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Motion of Concerned Illinois Lawyers and Law Professors for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 99–628.  ANDREWS ET AL. v. VERMONT DEPARTMENT OF EDUCATION ET AL.  Sup. Ct. Vt.  Motion of Christian Legal Society et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 99–5546.  SHISINDAY v. TEXAS.  Ct. App. Tex., 14th Dist. Motion of petitioner to strike brief in opposition denied.  Certiorari denied.

No. 98–9268.  ALEXANDER v. CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 830;
No. 98–9570.  NAGY v. UNITED STATES, *ante*, p. 840;
No. 98–9698.  ROBINSON v. UNITED STATES, *ante*, p. 848;

No. 99–355. WENZEL v. INTERNATIONAL BUSINESS MACHINES CORP., *ante*, p. 952;

No. 99–526. MCCRAY v. NATIONAL LABOR RELATIONS BOARD, *ante*, p. 968;

No. 99–5016. WOODS v. UNITED STATES, *ante*, p. 881;

No. 99–5081. MCMANUS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 884;

No. 99–5230. STEDMAN v. UNITED STATES, *ante*, p. 893;

No. 99–5373. CHAMBERS v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 969;

No. 99–6010. FLANAGAN ET UX. v. ARNAIZ ET AL., *ante*, p. 973; and

No. 99–6078. WILBORN, AKA ADAMS v. HARVARD ET AL., *ante*, p. 975. Petitions for rehearing denied.

DECEMBER 14, 1999

No. 99–817 (99A437). FELDER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

DECEMBER 15, 1999

No. 99–817. FELDER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, this page. Petition for rehearing denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

DECEMBER 28, 1999

No. 99–704. E. I. DU PONT DE NEMOURS & CO. v. MATSUURA, INDIVIDUALLY AND DBA ORCHID ISLE NURSERY, ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.